■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN DEIR, Also Known as RAY LUCAS, Appellant. [789 NYS2d 49]—

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY LUCAS, Also Known as EDWIN DEIR, Appellant. [788 NYS2d 608]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered May 16, 2003, convicting defendant, upon his plea of guilty, of criminal possession of marijuana in the first

degree and criminal possession of a weapon in the third degree, and sentencing him to concurrent terms of one year, unanimously affirmed.

In view of our affirmance of defendant's Bronx County conviction (*People v Deir*, 15 AD3d 198 [2005]), there is no basis for reversal. Concur—Mazzarelli, J.P., Ellerin, Nardelli, Gonzalez and Catterson, JJ.